1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Kevin Lee,<br><br>          Plaintiff,<br><br>     vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>          Defendant. | Case No. 1:20-cv-00054-EPG<br><br>STIPULATION AND ORDER FOR<br>EXTENSION OF TIME<br><br>(ECF No. 14) |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from 6/25/2020 to 7/27/2020, for Plaintiff to serve on defendant with PLAINTIFF'S LETTER BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time.  Good cause exists for this untimely request.  Plaintiff's Counsel states that it was due to a calendaring error on the part of Plaintiff's Counsel. During the transition from an older calendaring system to a newer, more efficient system, this deadline was marked as completed.  Defense Counsel graciously informed Plaintiff's Counsel that the letter brief is now late.  Additionally, Counsel for Plaintiff has several merit briefs being due this week, and next week.  Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant  does not oppose the requested

1

extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may

cause.


Respectfully submitted,

Dated: July 6, 2020                    PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff


Dated: July 6, 2020                    MCGREGOR W. SCOTT
                                       United States Attorney
                                       DEBORAH LEE STACHEL
                                       Regional Chief Counsel, Region IX
                                       Social Security Administration


By:  */s/ Donna W. Anderson*
     Donna W. Anderson
     Special Assistant United States Attorney
     Attorneys for Defendant
     (*As authorized by email on 7/6/2020)

2

# **ORDER**

Pursuant to stipulation (ECF No. 14), and good cause appearing, Plaintiff shall serve Plaintiff's Letter Brief on Defendant no later than July 27, 2020. All other deadlines are extended accordingly.

IT IS SO ORDERED.

Dated:   **July 7, 2020**                        /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE

3