# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KEVIN LEE,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　　　　　Defendant. | Case No.: 1:20-cv-00054-EPG<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(ECF No. 22) |

Pursuant to the stipulation of the parties (ECF No. 22) and finding good cause exists, IT IS ORDERED that the request for extension of time is granted. Plaintiff shall have until October 30, 2020, to file an opening brief. All subsequent deadlines are extended accordingly.

IT IS SO ORDERED.

　　Dated:　**September 30, 2020**　　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1